# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 102

*April Term, A.D. 2022*

**August 24, 2022**

CHARLES DEAN McDOWELL,

**Appellant**
**(Defendant),**

v.                                                                              S-22-0097

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]     **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of possession of methamphetamine with intent to deliver. Wyo. Stat. Ann. § 35-7-1031(a)(i).  The district court imposed a sentence of forty-two to fifty-four months.  Appellant filed this appeal to challenge the district court's March 15, 2022, Judgment and Sentence.

[¶2]     On June 23, 2022, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before August 8, 2022, Appellant was permitted to "file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court "would make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision" on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Charles Dean McDowell, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** the Natrona County District Court's March 15, 2022, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 24ᵗʰ day of August, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**